IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID W. DENT,

    Plaintiff,

v.                      Civil Action No. 3:15CV646–HEH

TED HULL, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on November 13, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. On February 6, 2017, the Court received a letter from the Northern Neck Regional Jail notifying the Court that Dent was released from the jail's custody as of January 31, 2017. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                       /s/
                            HENRY E. HUDSON
Date: Feb. 8, 2017     UNITED STATES DISTRICT JUDGE
Richmond, Virginia